UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, the CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, and the
NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS,

                Petitioners,                  21 **CIVIL** 5394 (ER)

   -against-                             **JUDGMENT**

EXCEL INTERIORS ASSOCIATES INC.,

                Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 11, 2024, the Petitioners' motion for summary judgment is GRANTED. The arbitration award is CONFIRMED, and judgment is entered in favor of Petitioners in the amount of $452,253.83 plus interest from the date of the arbitration award, February 6, 2021, through the date of judgment with interest to accrue at the annual rate of 5.25%, in the amount of $79,491.35. The Court also GRANTED Petitioners' request for attorneys' fees and costs in the amount of $1,942.50. This judgment shall accrue post-judgment interest as mandated in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
        June 12, 2024

                                                                  **RUBY J. KRAJICK**
                                                                  **Clerk of Court**
                                           **BY:**       *K. Mango*
                                                                 **Deputy Clerk**